**Order entered August 2, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00274-CV

## MUHAMMAD ASIM SHAMIM AND HAFSA ASIM, Appellants

## V.

## CANTERA OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-06638-2019**

### ORDER

Before the Court is appellee's July 20, 2021 motion to dismiss the appeal because appellants have failed to file their brief by July 19, 2021. By order dated July 20, 2021, we granted appellants an extension of time to file their brief to August 23, 2021. Accordingly, we **DENY** appellee's motion as moot.

/s/    KEN MOLBERG
        JUSTICE